UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20908-CIV-GAYLES/OTAZO-REYES

MIAMI-DADE COUNTY
and CITY OF MIAMI,

    Plaintiffs,

vs.

MIAMI MARLINS, L.P.
and MARLINS TEAMCO LLC,

    Defendants.
_____/

## **DEFENDANT MARLINS TEAMCO LLC'S DISCLOSURE STATEMENT**

Defendant Marlins Teamco LLC, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that it is a wholly-owned subsidiary of Marlins Funding LLC, and that Marlins Funding LLC is its sole member. No publicly traded corporation owns 10% or more of the stock of Marlins Teamco LLC.

        Respectfully submitted,

        HOLLAND & KNIGHT LLP
        701 Brickell Avenue, Suite 3300
        Miami, Florida 33131
        Telephone:   (305) 789-7510
        Facsimile:    (305) 789-7799

        By: <u>/s/ Scott D. Ponce</u>
            Scott D. Ponce (FBN 0169528)
            sponce@hklaw.com
            Brian W. Toth (FBN 57708)
            brian.toth@hklaw.com

        *Counsel for Marlins Teamco LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on March 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: /s/ Scott D. Ponce